IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| IN RE:<br>IRMA GLADYS PEREZ VEGA<br><br>xx-xx-6591<br><br><br>Debtor(s) | CASE NO. 19-07141-MCF13<br>Chapter 13<br><br><br>FILED & ENTERED ON JUL/30/2021 |

NOTICE TO DEBTORS, CREDITORS, AND OTHER PARTIES IN INTEREST

Please be informed that the hearing scheduled for August 17, 2021, at 1:30 PM, will be held as scheduled via Microsoft Teams. All parties that wish to appear at the hearing must familiarize themselves and follow the Procedures for Remote Appearances found on the homepage of our Website at https:\\prb.uscourts.gov

In San Juan, Puerto Rico, this 30 day of July, 2021.

MARIA DE LOS ANGELES GONZALEZ, ESQ.
Clerk of the Court

By: Eduardo Bujosa
Deputy Clerk

c: all parties