IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

| IN RE: | CASE NO. 19-07141-MCF13 |
|---|---|
| IRMA GLADYS PEREZ VEGA | Chapter 13 |
| xx-xx-6591 | |
| Debtor(s) | FILED & ENTERED ON MAY/31/2022 |

ORDER

The Debtor is ordered to reply within 30 days to the Trustee's motion to dismiss. Order due by June 30, 2022.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 31 day of May, 2022.

*Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge