# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF PUERTO RICO

IN RE:

IRMA GLADYS PEREZ VEGA

DEBTOR

CASE NO. 19-07141/MCF

CHAPTER 13

## DEBTOR'S MOTION REQUESTING ORDER
## RE: RATIFICATION OF THE USE OF FUNDS FROM 2019, 2020
## and 2021 TAX REFUNDS

TO THE HONORABLE COURT:

**NOW COMES, IRMA GLADYS PEREZ VEGA,** the Debtor through the undersigned attorney, and very respectfully states and prays as follows:

1. The Debtor's confirmed Chapter 13 Plan provides that the Debtor's tax refunds will be paid into the Plan. See: *Motion for Post-Confirmation Modification of Chapter 13 Plan* Docket No. 28, *Order,* Docket No.35.

2. That on June 30, 2022, the Debtor submitted to the Chapter 13 Trustee (uploaded to the Trustee's system) a copy of her 2019, 2020 and 2021 tax returns.

3. That the Debtor received the following tax refunds for the following years:

| | |
|---|---|
| ---2019 | $ 96.00 |
| ---2020 | $516.00 |
| ---2021 | $328.00 |
| Total | $940.00 |

4. That the Debtor respectfully states that she used the funds from the 2019 ($96.00), 2020 ($516.00) and 2021 ($328.00) tax refunds for "reasonable and necessary" expenses. However, the Debtor forgot and failed to request prior Court authorization for the use of these funds.

6. That the Debtor respectfully submits to the Court that she used the aforementioned tax refunds to cover for the following expenses:

---2019  $96.00: the 2019 tax refund was used to cover car repair/ maintenance expenses.

---2020  $516.00: the 2020 tax refund was used to cover car repairs and to cover payments of utilities.

---2021  $328.00: the 2021 tax refund was used to cover Debtor's medical expenses.

7. Therefore, the Debtor respectfully requests that the Court ratify that the use of the funds from the 2019, 2020 and 2021 tax refunds received by the Debtor for "reasonable and necessary expenses", and not to be used for the confirmed Plan funding. 11 U.S.C. Section 105.

8. Based on the above-stated, the Debtor respectfully request this Honorable Court to Order the ratification of the use by the Debtor as previously stated of the 2019, 2020 and 2021 tax refunds.

**WHEREFORE**, the Debtor, through the undersigned attorney respectfully requests that this Honorable Court grant the foregoing motion and allow the ratification of the use of funds from the 2019, 2020 and 2021 tax refund by the Debtor in the above captioned case.

**NOTICE: Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006 (f) if you were served by mail, any party against whom this paper has been served, or any other party to the action that objects to the relief sought herein shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.**

**I CERTIFY** that on this same date a copy of this motion was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 13 Trustee; I also certify that a copy of this motion was sent via US Mail to the Debtor, Irma Gladys Perez Vega, to the address of record: Bo Celada Parcelas Nuevas 373, 30 Street, Gurabo PR 00778.

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 30th day of June 2022.

*/s/ Roberto Figueroa Carrasquillo*
USDC #203614
RFIGUEROA CARRASQUILLO LAW OFFICE PSC
ATTORNEY FOR PETITIONER
PO BOX 186 CAGUAS PR 00726
TEL 787-744-7699 /787-963-7699
Email: rfc@rfigueroalaw.com