**IN THE UNITED STATES BANKRUPTCY COURT**
**District of Puerto Rico**

| | |
|---|---|
| IN RE:<br>**IRMA GLADYS PEREZ VEGA**<br>**xxx–xx–6591**<br><br>Debtor(s) | Case No. **19–07141 MCF**<br><br>Chapter **13**<br><br>FILED & ENTERED ON 7/18/22 |

### ORDER GRANTING UNOPPOSED MOTION

This case is before the Court on the following motion: Motion requesting ratification of the use of 2019, 2020 and 2021 tax refunds filed by Debtor, docket #59.

The motion having been duly notified, no replies or objections having been filed timely, the Court having reviewed the same and good cause appearing thereof, the motion is hereby granted.
In San Juan, Puerto Rico, this Monday, July 18, 2022 .

*/s/ Mildred Cabán*

Mildred Caban Flores
United States Bankruptcy Judge